# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Renee Armenta, | No. CV-19-05186-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| City of Goodyear, et al., | |
| Defendants. | |

Pursuant to the Second Amended Joint Stipulation to Extend Scheduling Order Deadlines (Doc. 32) and for good cause shown,

**IT IS HEREBY ORDERED** modifying the Scheduling Order deadlines as follows:

- Written Discovery: 45 days before discovery deadline
- Good Faith Settlement Talks: **November 19, 2021**
- Rebuttal Expert Disclosure: **October 22, 2021**
- Expert Depositions: **December 3, 2021**
- MIDP Responses and Fact Discovery: **December 31, 2021**
- Dispositive Motions: **September 24, 2021**

**IT IS FURTHER ORDERED** the April 2, 2021 trial setting conference is reset to **October 8, 2021 at 8:45 a.m.** (15 minutes allowed).

Dated this 29th day of March, 2021.

_____
Honorable Susan M. Brnovich
United States District Judge